Cite as 2021 Ark. 92

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSION OF ATTORNEYS WHO FAILED TO PAY 2021 ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered** April 22, 2021 |

## PER CURIAM

The final deadline for attorneys to pay the 2021 annual attorney-license fee was April 15, 2021. Rule VII(C) of the Rules Governing Admission to the Bar imposes an automatic suspension on those attorneys who fail to pay the annual fee by the final deadline. Attached to this per curiam is a list of attorneys who failed to pay the annual license fee by the April 15, 2021 final deadline despite the repeated notices provided pursuant to Rule VII(C). Therefore, those attorneys were automatically suspended on April 16, 2021, by operation of Rule VII(C). However, some of the attorneys on the list have since been reinstated to their pre-suspension status by becoming current on past-due fees and penalties. Those attorneys who have become current since being suspended on April 16 are listed in category 2. The attorneys listed in category 1, however, remain suspended for nonpayment and shall not practice law in this state until they are reinstated to good standing.

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 94001**

Douglas S. Adams
Suffern, NY

**Bar Number: 98169**

Martha Ann Rowland Beltrani
St. Louis, MO

**Bar Number: 89018**

Robert H. Briley, Jr.
Maumelle, AR

**Bar Number: 2010077**

Leah V. Ammons Daley
Tulsa, OK

**Bar Number: 86182**

B. Michael Bennett
Eureka Springs, AR

**Bar Number: 2008217**

Joshua S. Bryant
Rogers, AR

**Bar Number: 2014090**

Hailee M. Golden Amox
Texarkana, TX

**Bar Number: 2012020**

Don Bowen Berry
Dallas, TX

**Bar Number: 2017075**

Shannon Bryant-Gamble
Jefferson City, MO

**Bar Number: 97187**

George Antonio Anaya
Athens, OH

**Bar Number: 96224**

Robert Miles Berry, Jr.
Little Rock, AR

**Bar Number: 91017**

F. Preston Buchner
Cammack Village, AR

**Bar Number: 78179**

Rolf L. Anderson-Leirvik
Portland, OR

**Bar Number: 79018**

Walter Paul Blume
Little Rock, AR

**Bar Number: 74018**

Kenneth E. Buckner
Little Rock, AR

**Bar Number: 80150**

Alinda L. Andrews
Little Rock, AR

**Bar Number: 2003114**

Michael Richard Bond
Rogers, AR

**Bar Number: 2011033**

Kevin Byrd
Hot Springs, AR

**Bar Number: 82010**

David Lawrence Barry
Jenks, OK

**Bar Number: 2007078**

Elizabeth F. Borders
Lexington, KY

**Bar Number: 2007069**

Brian Lee Campbell
Pea Ridge, AR

**Bar Number: 98165**

John William Stokes Bateman
Starkville, MS

**Bar Number: 2004172**

Benjamin David Brenner
Little Rock, AR

**Bar Number: 83034**

David Philip Cann
Royal, AR

**Bar Number: 82013**

Benjamin Alson Beland, II
Fort Smith, AR

**Bar Number: 98086**

Allison Brewer Thurman
Madison, MS

**Bar Number: 89155**

Keith Carle
Maysville, NC

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 77025**

Michael Cleveland Carter
Fort Smith, AR

**Bar Number: 86047**

Mark Dominique D'Auteuil
Russellville, AR

**Bar Number: 96244**

Brian Douglas Dover
Jonesboro, AR

**Bar Number: 99136**

Virginia Ann Castleman
Siloam Springs, AR

**Bar Number: 2001244**

Lamar B. Davis
Little Rock, AR

**Bar Number: 2007150**

Mark Brandon Duch
Texarkana, TX

**Bar Number: 96144**

H. Chris Christy
North Little Rock, AR

**Bar Number: 87045**

Michael Ray Davis
Sherwood, AR

**Bar Number: 96123**

Paul F. Dumas
Morrilton, AR

**Bar Number: 84023**

James H. Clark
Rogers, AR

**Bar Number: 81045**

James M. Dendy
Conway, AR

**Bar Number: 2011109**

Fred Andrew Dunsing
Denver, CO

**Bar Number: 2000061**

Damon Neil Cluck
Sherwood, AR

**Bar Number: 2017050**

Joshua Clayton Dickinson
Spokane Valley, WA

**Bar Number: 2003023**

James J. Edwards
Great Neck, NY

**Bar Number: 2014082**

Anthoney Kristopher Lee Coon
Bentonville, AR

**Bar Number: 86008**

Candice Baker Dickson
Jonesboro, AR

**Bar Number: 2006316**

Richard Dallas Elms, Jr.
Atlanta, GA

**Bar Number: 93046**

Bart Charles Craytor
New Boston, TX

**Bar Number: 77044**

James Edward Dickson
Jonesboro, AR

**Bar Number: 2004141**

Jamie Leigh Ewing
Sheridan, AR

**Bar Number: 83045**

Dorothy Crookshank
Euerka Springs, AR

**Bar Number: 2017241**

Derek James Dodderer
Dallas, Texas

**Bar Number: 2014066**

B. Ashton Fallin
Thomaston, GA

**Bar Number: 92273**

Susan D. Daggett
Denver, CO

**Bar Number: 2003171**

James Edward Doman, Jr.
Phoenix, AZ

**Bar Number: 79062**

Ernest B. Farquharson
Fort Smith, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2011008**

Carrie Nicole Felice
Springhill, FL

**Bar Number: 2010001**

Whitney M. Ferguson
Austin, TX

**Bar Number: 2015254**

Tonya Powell Franklin
Greenville, MS

**Bar Number: 85056**

Robert Holt Freeman
Overland Park, KS

**Bar Number: 2017017**

Rachel Freyman
Roanoke, VA

**Bar Number: 2010112**

Ann C. Fries
Broken Arrow, OK

**Bar Number: 2008009**

Gwendolyn Sue Frost
Houston, TX

**Bar Number: 84048**

Anthony Lyn Fuller
Anderson, MO

**Bar Number: 93010**

Joette Furlough
Dallas, TX

**Bar Number: 87146**

Janet P. Gallman
Little Rock, AR

**Bar Number: 2004017**

Kathryn Wills Goff
Saint Jo, TX

**Bar Number: 2014088**

Robert Eugene Goins
Broken Arrow, OK

**Bar Number: 2012226**

Blake Bryant Goodsell
Birmingham, AL

**Bar Number: 73042**

Patrick James Goss
Little Rock, AR

**Bar Number: 2014010**

Jennifer Lynne Graf
Dallas, TX

**Bar Number: 75048**

James C. Graves
Fairfield, IO

**Bar Number: 2004048**

Jennifer Jon Greene
New Orleans, LA

**Bar Number: 98096**

Deborah Denise Griffin
Nashville, TN

**Bar Number: 2006096**

Deidra Deanne Hall-Parish
Southlake, TX

**Bar Number: 92147**

Leif Hamman
Jonesboro, AR

**Bar Number: 96238**

Steve W. Haralson
Fairfield Bay, AR

**Bar Number: 87072**

Mark S. Harbour
Fairfield Bay, AR

**Bar Number: 2008006**

Robert C. Hardy, Sr.
Bella Vista, AR

**Bar Number: 2010209**

Jeremy Miller Hays
Sorrento, FL

**Bar Number: 88106**

David P. Heasley
Bryant, AR

**Bar Number: 98034**

Tia Helberg
Hot Springs Village, AR

**Bar Number: 73056**

Harlin Ray Hodnett
Van Buren, AR

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 79091**

Richard E. Holiman
Little Rock, AR

**Bar Number: 72070**

Henry Louis Jones, Jr.
Upper Marlboro, MD

**Bar Number: 99015**

Molly Anne Knutson
Los Angeles, CA

**Bar Number: 2008273**

Megan Jean Hudson
Van Buren, AR

**Bar Number: 2000165**

Scott L. Jones
Siloam Springs, AR

**Bar Number: 2012190**

Chin Kuay
Sunnyvale, CA

**Bar Number: 2019016**

Victor D. Huhem
Fort Worth, TX

**Bar Number: 2017072**

Ann C. Kapsimalis
Knoxville, TN

**Bar Number: 2003217**

Elizabeth Jane LaRue-Grigg
Little Rock, AR

**Bar Number: 84080**

Tim Humphries
Little Rock, AR

**Bar Number: 2012236**

Leon Kassab
Dallas, TX

**Bar Number: 75078**

Bruce Robert Lindsey
Little Rock, AR

**Bar Number: 2013160**

Darlene M. Irwin
Crestview

**Bar Number: 2017143**

Kelsey Leigh Kent
Fayetteville, AR

**Bar Number: 2014098**

Whitney Deacon Lloyd
Fayetteville, AR

**Bar Number: 2005142**

Maxine Isaacs
Greensboro, NC

**Bar Number: 93133**

Tera Futrell Kesterson
Nashville, AR

**Bar Number: 2008155**

Travis Bo Loftis
Benton, AR

**Bar Number: 79099**

Blaine A. Jackson
Bentonville, AR

**Bar Number: 89093**

Kerry Layne Kilpatrick
Monroe, LA

**Bar Number: 94043**

Beth Ann Long
Little Rock, AR

**Bar Number: 76054**

Stephen Eugene James
Bee Branch, AR

**Bar Number: 88124**

Michael J. King
Hot Springs, AR

**Bar Number: 2008054**

Anderson Paul Lunsford
San Francisco, CA

**Bar Number: 92120**

Joseph Patrick Jaynes
Searcy, AR

**Bar Number: 89068**

Dennis Michael Kinney
Fayetteville, AR

**Bar Number: 2006262**

Fredrick Albert Lutz, Jr.
Nashville, TN

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 77085**

Nancy Jane Mahler
Little Rock, AR

**Bar Number: 75082**

J. Phillip Malcom
Little Rock, AR

**Bar Number: 2005108**

Joseph B. Marshall
Hugo, MN

**Bar Number: 2009208**

Francis J. Martin
Canoga Park, CA

**Bar Number: 2009062**

Rhett Preston Martin
Washington, DC

**Bar Number: 2006034**

Quentin Ellery May
Little Rock, AR

**Bar Number: 2017245**

Sarah K. Mayes
Eureka Springs, AR

**Bar Number: 84102**

Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 2013009**

Brittney Angela McClinton
Flower Mound, TX

**Bar Number: 72082**

James Neil McCord, II
Fayetteville, AR

**Bar Number: 2001206**

Matthew J. McWilliams
Queen Creek, AZ

**Bar Number: 2015100**

John F. Medler, Jr.
Irvine, CA

**Bar Number: 2007102**

Donald B. Miller, Jr.
Prescott, AZ

**Bar Number: 2008264**

Reid Davis Miller
Little Rock, AR

**Bar Number: 2010263**

Anne Michelle Milligan
Portland, OR

**Bar Number: 2005095**

Brian L. Mincher
Dallas, TX

**Bar Number: 79209**

Jay Carol Miner
Machias, ME

**Bar Number: 98095**

Elizabeth A. Morehead
Norman, OK

**Bar Number: 2012021**

Austin Kyle Morgan
Austin, TX

**Bar Number: 95281**

Leann Dean Morrissey
Clayton, MO

**Bar Number: 87208**

Vincent A. Mulloy
Washington, DC

**Bar Number: 92172**

Charles Thomas Mulvey, Jr.
Richardson, TX

**Bar Number: 2013249**

Thomas M. W. Parker
Lowell, AR

**Bar Number: 94167**

Charles Raymond Peden
Atlanta, GA

**Bar Number: 80197**

Michael D. Peek
Texarkana, TX

**Bar Number: 2009171**

Timothy E. Penhallegon
Farmington, AR

**Bar Number: 73092**

James Albert Penix, Jr.
Springdale, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 73163**

Robert Byran Perry
Waco, TX

**Bar Number: 2008119**

Lucas Tate Regnier
Fayetteville, AR

**Bar Number: 91202**

Kenneth E. Rudd
Wildwood, MO

**Bar Number: 2014074**

Lauren Anne Peterson
Joplin, MO

**Bar Number: 2012002**

Amy Michelle Reynolds
Little Rock, AR

**Bar Number: 2017062**

Beryl Jay Rushefsky
Little Rock, AR

**Bar Number: 95147**

Richard Patrick Quinn
Alexandria, VA

**Bar Number: 2010208**

Summer Michelle Rhoden
Memphis, TN

**Bar Number: 90124**

Robert A. Russell, Jr.
Little Rock, AR

**Bar Number: 2015066**

Tara Whitney Raddle
Walnut Ridge, AR

**Bar Number: 76107**

Fred O. Roberson, Jr.
North Little Rock, AR

**Bar Number: 2002172**

Kevin William Ryan
Conway, AR

**Bar Number: 80199**

Reba Ann Raffaelli
Arlington, VA

**Bar Number: 90146**

Mike Robinson
Bryant, AR

**Bar Number: 2009153**

William Clinton Saxton
New York, NY

**Bar Number: 77106**

Philip Raia
Saint Petersburg, FL

**Bar Number: 2019035**

Daina Marie Rodriguez
Little Rock, AR

**Bar Number: 2015063**

Scott J. Schrum
Ironton, MO

**Bar Number: 96083**

Douglas M. Rather
Santa Fe, NM

**Bar Number: 91137**

Gill A. Rogers
Little Rock, AR

**Bar Number: 83157**

Michael Gordon Scussel
Pine Bluff, AR

**Bar Number: 2015065**

J. Matthew Reardon
Rogers, AR

**Bar Number: 2012031**

Kevin D. Rogers
Little Rock, AR

**Bar Number: 91101**

Jennifer Mead Selin
Morgantown, WV

**Bar Number: 2001032**

Jason Douglas Reed
Little Rock, AR

**Bar Number: 79247**

Jim Rose, III
Fayetteville, AR

**Bar Number: 2008142**

Anna Rene Smith
Memphis, TN

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 92242**

Lloyd Howard Smith, Jr.
El Dorado, AR

**Bar Number: 88171**

Karen J. Freeman Swogger
Eureka Springs, AR

**Bar Number: 92205**

John David Walt, Jr.
Franklin, TN

**Bar Number: 73112**

Richard Sterling Smith, Jr.
Little Rock, AR

**Bar Number: 2011084**

Stephen M. Talley
Russellville, AR

**Bar Number: 2006286**

Margo Demetria Warner
North Little Rock, AR

**Bar Number: 2006022**

Melissa Spohn
Centennial, CO

**Bar Number: 91176**

Connie Hickman Tanner
Reno, NV

**Bar Number: 2018016**

Whitney Alexander Wayne
Austin, TX

**Bar Number: 93043**

James Patrick Stanzell
Tupelo, MS

**Bar Number: 96254**

Michael Douglas Tanner
Cary, NC

**Bar Number: 2014115**

Jeffry Dan Weems
Houston, TX

**Bar Number: 2008015**

Travis L. Starr
Ames, IA

**Bar Number: 2010073**

Petrina L. Thompson
Aubrey, TX

**Bar Number: 87185**

Richard Ray West
Marion, AR

**Bar Number: 72102**

Griffin J. Stockley
Little Rock, AR

**Bar Number: 2017052**

Audrey Kathleen Trevino
Johnstown, CO

**Bar Number: 2011235**

Wesley DeWayne Whitmore
Fayetteville, AR

**Bar Number: 81150**

Sharon Carden Streett
Little Rock, AR

**Bar Number: 99089**

Heather Leigh Turnbull
Tallahassee, FL

**Bar Number: 2005048**

Vallie J. Wilkerson
Vilonia, AR

**Bar Number: 81151**

Mary Beth Sudduth
Fort Smith, AR

**Bar Number: 80154**

John Ragan Van Winkle
Fayetteville, AR

**Bar Number: 2017073**

W. Garrett Wilkins
Bentonville, AR

**Bar Number: 2009266**

Robert C. Sullivan
Kansas City, MO

**Bar Number: 2001087**

Bill M. Wade
Memphis, TN

**Bar Number: 2019104**

Juan T. Williams
Memphis, TN

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 2005112**

Che' Dawn Williamson
Houston, TX

**Bar Number: 90200**

Rita Elizabeth Wooley
Little Rock, AR

**Bar Number: 2011107**

Holly Sales Wilson
Rogers, AR

**Bar Number: 2001116**

Kristian D'Lee Young
Texarkana, AR

**Bar Number: 2018014**

Malissa Wilson
Jackson, MS

**Bar Number: 76149**

Robert E. Young
Delray Beach, FL

**Bar Number: 77145**

Robert Lawrence Wilson
Little Rock, AR

**Bar Number: 2013271**

Aliya Hussaini Yousufi
San Jose, CA

**Bar Number: 2018177**

Samantha Rose Wilson
Little Rock, AR

**Bar Number: 2014208**

Melissa Ann Zimmerman
San Diego, CA

**Bar Number: 2011102**

Robert John Wittwer
Okeene, OK

**Total Count: 203**

**Bar Number: 84165**

Keith Newton Wood
Hope, AR

**Bar Number: 95248**

Johnny Leon Woodruff
Chattanooga, TN

**Bar Number: 78174**

James William Woods
Irving, TX

**Returned to paid status since the April 16, 2021 suspension**

**Bar Number: 98216**

Catherine Emily Barrier

Little Rock, AR

**Bar Number: 85021**

Joseph Davidson Calhoun, III

Little Rock, AR

**Bar Number: 88091**

R. Gunner Delay

Fort Smith, AR

**Bar Number: 2010121**

Stephan James Nazarian

Washington, DC

**Total Count: 4**